# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC LEROY BOLTON

NO. 2023 KW 0168

**APRIL 24, 2023**

---

In Re:    Eric Leroy Bolton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 484145.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**

                       **JEW**
                       **AHP**
                       **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT